

**WILL LIGHTBOURNE**
DIRECTOR

STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY
# DEPARTMENT OF SOCIAL SERVICES
744 P Street • Sacramento, CA 95814 • www.cdss.ca.gov



EDMUND G. BROWN JR.
GOVERNOR

United States Magistrate Judge Laurel Beeler
United States District Courthouse
Federal Building
Courtroom C, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   Request for phone appearance on July 9, 2014
      Estate of Emerald Rose Herriot v. County of Mendocino
      <u>U.S. Dist. Court (N.D.Cal.) Case No. CV13-05720CRB</u>

Dear Judge Beeler,

I am requesting a phone appearance for the mandatory settlement conference on July 9, 2014 at 9:30 a.m. The Department of Social Services is represented by the Attorney General's office in the above case and Deputy Attorney General David Hamilton will be present at the conference. I will be available by phone throughout the duration of the settlement conference and will be in my office in Sacramento where I will be able to acquire the necessary authority to settle the case. My phone number for the conference is (916) 204-0115. Thank you for your consideration of my request.

Sincerely,

*[signature]*

Anastasia Baskerville


Date: July 7, 2014



APPROVED
Judge Laurel Beeler