DOUGLAS L. LOSAK
ACTING COUNTY COUNSEL

TELEPHONE:
(707) 234-6885

FAX NUMBER:
(707) 463-4592

DEPUTY COUNTY COUNSELS
BRINA A. LATKIN
DOUGLAS V. PARKER
MATTHEW T. KIEDROWSKI

OFFICE OF THE
COUNTY COUNSEL

ADMINISTRATION CENTER
501 LOW GAP ROAD, RM. 1030
UKIAH, CALIFORNIA 95482

June 30, 2014

United States Magistrate Judge Laurel Beeler
United States District Courthouse
Federal Building
Courtroom C, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Estate of Emerald Rose Herriot, et al. v. County of Mendocino, et al.*
      USDC Case No. CV 13-05720 CRB

Dear Judge Beeler:

Defendant County of Mendocino hereby requests the Court to excuse County Defendants John Melnicoe, Rita Hurley, and Sue Norcross from the Settlement Conference Hearing, scheduled for July 9, 2014 at 9:30 a.m. The purpose of this request is that Mr. Melnicoe and his wife both have cancer and have numerous doctor appointments. Ms. Melnicoe is currently undergoing chemotherapy and Mr. Melnicoe transports her to and from her appointments.

Plaintiffs have alleged that all three of the above-named Defendants were acting in the course and scope of their employment with the County for all relevant time periods. None of these Defendants are necessary to settle the matter. Defendant Dunbar was the Social Worker Supervisor in charge of Emerald Herriot's case and will be present at the Settlement Conference. In addition, Plaintiff has had the opportunity to depose all of the County Defendants and, in fact, took the depositions of Mr. Dunbar and Mr. Melnicoe.

Respectfully,

DOUGLAS L. LOSAK
Acting County Counsel

DLL/rma

APPROVED
Judge Laurel Beeler
Date: July 7, 2014