*Law Offices Of*
**Robert R. Powell**
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0200  F: (408) 553-0203
E: rpowell@rrpassociates.com

June 30, 2014

United states Magistrate Judge Laurel Beeler          <u>Electronic Filing Only</u>
United States District Court – Northern District
Federal Building
Courtroom C, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

***Re: Herriot, et al., v. County of Mendocino, et al.***
**Case No.: CV13-05720 (CRB)**

Dear Judge Beeler:

This correspondence shall serve as a request to excuse the appearance of Plaintiff James Herriot from the Mandatory Settlement Conference on July 9, 2014 at 9:30 a.m. for the above-referenced action.

I am the lead counsel for the Plaintiffs in this case. I hereby declare in the event that this instant request is granted by the Court, I have final authority to settle this case on behalf of James Herriot.

James Herriot was arrested on June 8, 2014 and booked into the Mendocino County Jail, as evidenced in the Mendocino County Sheriff Booking Logs, attached herein as Exhibit A. Mr. Herriot was later transferred to San Quentin State Prison, as shown in Exhibit B, also attached herein.

Given the circumstances of Mr. Herriot's incarceration, and that we reasonably believe the San Quentin State Prison would be unable to facilitate the appearance of James Herriot by telephone, we ask the Court to excuse the appearance of James Herriot in full from the Mandatory Settlement Conference.

Thank you very much for your consideration in this matter.

Sincerely,
/S/ Robert R. Powell
Attorney for Plaintiffs

Non-Appearance DENIED.
Appearance by phone GRANTED.
Dated: July 7, 2014

DENIED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA