ROBERT R. POWELL, ESQ. CSB# 159747
DENNIS R. INGOLS, ESQ. CSB# 236458
BRETT O. TERRY, ESQ. CSB# 270694
LAW OFFICE OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

ESTATE OF EMERALD ROSE HERRIOT, JAMES HERRIOT, and JENNIFER CRAM

Plaintiffs,

vs.

COUNTY OF MENDOCINO, CHUCK DUNBAR, JOHN MELNICOE, RITA HURLEY, SUE NORCROSS, NANCY KOZAK, VICKIE LYNN SOLONIUK, M.D., and DOES 1-10, inclusive,

Defendants.

Case No. CV13-05720 CRB (LB)

ORDER OF THE COURT RE: TELEPHONIC APPEARANCE OF JAMES HERRIOT AT JULY 9, 2014 SETTLEMENT CONFERENCE

The above-entitled U.S. District Court (Magistrate Laurel Beeler) is conducting a settlement conference in this matter on July 9th, 2014, that commences at 9:30 a.m., and may proceed as late as 5:30 p.m.

1

Order of Court on Telephonic Appearance at
Settlement Conference
Cram v. County of Mendocino, et al.
U.S. District Court – Northern District
Case No. CV13-05720 CRB

The court has been apprised that Plaintiff James Herriot (CVC # V68940) is currently incarcerated at:

California Health Care Facility At Stockton
7707 Austin Rd.
Stockton, Ca. 95215
Warden: Ronald Rackley

The Court requires the attendance of Mr. Herriot telephonically at the Settlement Conference. This Order has been submitted by Plaintiff's Counsel Robert Powell, after consultation with counsel for the Defendants (David Hamilton and Doug Losak), pursuant to the Order of this Court issued 7/3/14 at 5:21 p.m.

Therefore, GOOD CAUSE APPEARING, the Court hereby finds and orders as follows:

1. To Warden Ronald Rackley of the California Health Care Facility At Stockton;

   a.) Mr. James Herriot (CVC #V68940) shall be situated by 9:30 a.m. on July 9th, 2014 in circumstances that will allow him to make confidential calls to his attorney Robert R. Powell at Cell Phone #408-206-2563, and/or to Judge Laurel Beeler's clerk's phone number at 415-522-4660, until 5:30 p.m. on said date.

   b.) Prior to 9:30 a.m. on July 9th, 2014, Mr. Rackley, and/or the Litigation Coordinator Erin Takehara -209-467-2558 (erin.takehara@cdcr.ca.gov), shall e-mail attorney Robert R. Powell (rpowell@rrpassociates.com) with a phone number for the phone Mr. Herriot will be allowed to use for purposes of telephonically attending the settlement conference, and said e-mail shall describe with particularity any information useful or necessary to ensure the timely receipt of phone calls from Mr. Powell and/or Ms. Scott during the hours of 9:30 a.m. and 5:30 p.m. on said date.

2

Order of Court on Telephonic Appearance at
Settlement Conference
Cram v. County of Mendocino, et al.
U.S. District Court – Northern District
Case No. CV13-05720 CRB

c.) No recording of these phone calls will be allowed, and should the Warden in his discretion believe Mr. Herriot needs to be monitored in any fashion during this time, the Warden is requested to do so in a manner which will best insure confidentiality of the attorney-client communications that are anticipated to occur between Mr. Herriot and Mr. Powell, while accomplishing any goals of the Warden for security of Mr. Herriot or the California Health Care Facility At Stockton.

d.) Robert Powell shall promptly forward this Order, when executed and received through the ECF system, to Erin Takehara at the e-mail address provided above.

e.) If, upon receipt of this Order or at any time prior to the scheduled Settlement Conference the Warden or Ms. Takehara believe there is any information of which the Court should be apprised with regard to Mr. Herriot's availability or any aspect of this Order and the ability to comply with it, an e-mail describing the information and any issues related thereto shall be sent as early as is feasible, to all counsel, as follows:

David Hamilton - david.hamilton@doj.ca.gov

Doug Losak - losakd@co.mendocino.ca.us

Robert Powell – rpowell@rrpassociates.com

**IT IS SO ORDERED.**

DATED: July 7, 2014

LAUREL BEELER
U.S. Court – Northern District
Of California

3

Order of Court on Telephonic Appearance at Settlement Conference
Cram v. County of Mendocino, et al.
U.S. District Court – Northern District
Case No. CV13-05720 CRB