ROBERT R. POWELL, ESQ.     CSB# 159747
DENNIS R. INGOLS, ESQ.      CSB# 236458
BRETT O. TERRY, ESQ.        CSB# 270694
LAW OFFICE OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| ESTATE OF EMERALD ROSE HERRIOT, JAMES HERRIOT, and JENNIFER CRAM<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MENDOCINO, et al.,<br><br>Defendants. | Case No. CV13-05720 CRB<br><br>ORDER GRANTING JUDGMENT BY DEFAULT AGAINST DEFENDANT WILSON LEE TUBBS (erroneously sued herein as JOSHUA WILSON TUBBS) |

Based on the foregoing Points and Authorities, the Declaration and Exhibits submitted with same, and good cause appearing therefore, the court orders as follows:

1. Plaintiffs' Motion for Judgment by Default is GRANTED in an amount to be determined according to proof at a hearing on damages in this mater. The hearing on damages is set for August 8, 2014.

**IT IS SO ORDERED**.

Dated: July 11, 2014

HONORABLE _____
U.S. Nort_____

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[Proposed] Order
Herriot/Cram v. County of Mendocino, et al.
U.S. District Court – Northern District
Case No. CV13-05720 CRB

1