ROBERT R. POWELL, ESQ.    CSB# 159747
DENNIS R. INGOLS, ESQ.     CSB# 236458
BRETT O. TERRY, ESQ.        CSB# 270694
LAW OFFICE OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| ESTATE OF EMERALD ROSE HERRIOT, JAMES HERRIOT, and JENNIFER CRAM<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MENDOCINO, et al.,<br><br>Defendants. | Case No. CV13-05720 CRB<br><br>ORDER GRANTING<br>EX-PARTE APPLICATION FOR CONTINUANCE OF DAMAGES HEARING CURRENTLY SET FOR AUGUST 8TH, 2014 |

Plaintiffs' counsel submitted an Ex-Parte Application for Continuance of Damages Hearing, currently set for August 8th, 2014.  For the reasons set forth in Plaintiffs' Ex-Parte, and good cause appearing therefore, the Court orders as follows:

1.     Plaintiffs' Ex-Parte Application for Continuance is GRANTED.  The hearing on damages is continued to November 14, 2014.

Ex-Parte Application for Continuance of
Damages Hearing
Cram v. County of Mendocino, et al.
U.S. District Court – Northern District
Case No. CV13-05720 CRB

1

**IT IS SO ORDERED**.

Dated: August 7, 2014



_____
HON. CHARLES R. BREYER
U.S. District Court Judge

2

Ex-Parte Application for Continuance of Damages Hearing
Cram v. County of Mendocino, et al.
U.S. District Court – Northern District
Case No. CV13-05720 CRB